**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LYUDMYLA PYANKOVSKA, et al., | |
| Plaintiffs, | Case No. 2:16-cv-02942-JCM-CWH |
| vs. | **ORDER** |
| SEAN ABID, et al., | |
| Defendants. | |

With good cause appearing, the Honorable C.W. Hoffman, Jr. recuses himself as the magistrate judge in this case. IT IS THEREFORE ORDERED that this matter is referred to the clerk of court for random reassignment of the magistrate judge only.

DATED: February 7, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**