UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LYUDMYLA PYANKOVSKA,<br><br>                  Plaintiff(s),<br><br>v.<br><br>SEAN ABID, et al.,<br><br>                  Defendant(s). | Case No. 2:16-CV-2942 JCM (PAL)<br><br>ORDER |

Presently before the court is defendant John Jones's motion to dismiss the complaint or quash based upon insufficient service. (ECF No. 5).

On May 8, 2017, defendant submitted a "notice of withdraw" regarding the instant motion, acknowledging that "[defendant] was properly served with process on or about March 6, 2017." (ECF No. 57 at 1–2). On the same day, it also appears that defense counsel informed Magistrate Judge Leen in a hearing that the motion was moot. (ECF No. 60).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Mr. Jones's motion to dismiss the complaint or quash (ECF No. 5) be, and the same hereby is, DENIED as moot.

DATED July 5, 2017.

                                                                                  UNITED STATES DISTRICT JUDGE