UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LYUDMYLA PYANKOVSKA,

Plaintiff,

v.

SEAN ABID,

Defendant.

Case No. 2:16-cv-02942-JCM-PAL

ORDER

(Mot WD Atty – ECF No. 71)

Before the court is Lance Maningo's Motion to Withdraw as Counsel (ECF No. 71). He represents defendant Sean Abid. The motion states that Mr. Abid is experiencing financial hardship, is unable to pay counsel and wants to proceed *pro se*, that is, represent himself. Mr. Maningo therefore seeks leave to withdraw as counsel of record.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. Mr. Maningo's Motion to Withdraw (#71) is **GRANTED**.

2. Defendant Sean Abid shall have until **January 5, 2018** in which to either retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or to file a notice with the court that he will be appearing in this matter *pro se*.

3. Defendant Sean Abid's failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that he will be appearing in this matter *pro se* may result in the imposition of sanctions, which may include a recommendation to the District Judge for default judgment.

/ / /

/ / /

1

4.     The Clerk of the Court shall serve the defendant with a copy of this order at his last

known address:

Sean Abid
2203 Alanhurst Drive
Henderson, NV  89052

DATED this 6th day of December, 2017.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE