**Lyudmyla Pyankovska**
2167 Montana Pine Drive
Henderson, NV 89052
Phone: 702-208-0633
Email: lyuda2167@gmail.com
*Plaintiff in Pro Se*

# UNITED STATES DISTRICT COURT OF NEVADA
# DISTRICT OF NEVADA

| | |
|---|---|
| **LYUDMYLA PYANKOVSKA**, an Individual; and, **DOES 1-10**, an Individual, <br><br>Plaintiff(s), <br><br>*vs*. <br><br>**SEAN ABID**, an Individual in his Personal and/or Professional Capacity; and, **DOES 1-20** an Individual in their Personal and/or Professional Capacity; and, **ROE BUSINESS ENTITIES 1-20**, Inclusive, <br><br>Defendant(s). | Case No.: 2:16-CV-02942-JCM-PAL <br><br>**MOTION TO CONTINUE JULY 24, 2018 HEARING DATE** |

COMES NOW, the Plaintiff, LYUDMYLA PYANKOVSKA, respectfully moves the Court to continue the current hearing date set for July 24, 2018. The grounds for this motion are follows:

Plaintiff is currently outside of US in Ukraine visiting her family due terminal illness of her father who is fighting cancer on late stage and facing health implications.

1

Plaintiff left US on July 4, 2018 and is returning back on July 30, 2018

Accordingly, the Plaintiff respectfully requests that an order be entered continue hearing for 10 days due her being outside of the country.

**DATED** this 18th day of July, 2018.

By: */s/ Lyudmyla Pyankovska*
Lyudmyla Pyankovska
2167 Montana Pine Drive
Henderson, NV 89052
Telephone:702-208-0633
lyuda2167@gmail.com
*Pro Se*

**IT IS ORDERED** that the scheduling conference currently set for July 24, 2018, at 9:45 a.m. is **VACATED** and **CONTINUED** to 9:30 a.m. August 6, 2018, in Courtroom 3B.

Dated: July 20, 2018

Peggy A. Leen
United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18th 2018, I served electronically (ECF) copy of the above and foregoing. Service will be accomplished by the CM/ECF system.

DATED this 18th day of July, 2018.

By: */s/ Lyudmyla Pyankovska*
Lyudmyla Pyankovska
2167 Montana Pine Drive
Henderson, NV 89052
Telephone:702-208-0633
lyuda2167@gmail.com
*Pro Se*