# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| LYUDMYLA PYANKOVSKA,<br><br>　　　　　Plaintiff,<br>v.<br>SEAN ABID,<br><br>　　　　　Defendant. | Case No. 2:16-cv-02942-JCM-PAL<br><br>ORDER<br><br>(Mot Cont Hrng – ECF No. 91) |

Before the court is defendant's Motion to Continue Hearing (ECF No. 91).

This matter involves two pro se parties. The remaining parties have been dismissed from the case. The court set a scheduling conference on July 6, 2018 shortly after defendant filed an answer to the second amended complaint. The hearing was continued to August 6, 2018 at plaintiff's request because she stated she was out of the country in Ukraine as a result of her father's illness.

Defendant now wants to continue the hearing because, he is a guidance counselor for the Clark County School District, and needs to make himself available for students and families. The August 6, 2018 date is a critical time right before school begins.

The purpose of the scheduling conference was to inquire of the parties what, if any, discovery was needed to get this case ready for trial. This case has been pending since December 20, 2016. Rather than delay proceedings any further, the court will vacate the hearing set for August 6, 2018, and enter a **final** discovery plan and scheduling order, giving the parties 90 days to complete discovery.

**IT IS ORDERED** that defendant's Motion to Continue Hearing (ECF No. 91) is **DENIED as MOOT**, and the scheduling conference set for August 6, 2018 is **VACATED**.

**IT IS FURTHER ORDERED** that the following discovery plan and scheduling order deadlines shall apply:

1. Last date to complete discovery: **October 31, 2018**
2. Last date to amend pleadings and add parties: Expired.
3. Last date to file interim status report: **August 30, 2018**
4. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **August 30, 2018**
5. Last date to disclose rebuttal experts: **October 1, 2018**
6. Last date to file dispositive motions: **November 30, 2018**
7. Last date to file joint pretrial order: **January 2, 2019**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.
8. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

Dated this 31st day of July, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE