UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| LYUDMYLA PYANKOVSKA, | Case No. 2:16-CV-2942 JCM (BNW) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| SEAN ABID, et al., | |
| Defendant(s). | |

Presently before the court is plaintiff Lyudmyla Pyankovska's ("plaintiff") motion for extension of time to file expert's declaration. (ECF No. 133).

Plaintiff requests an additional week to file Nicolas Ponzo's report. *Id.* Ponzo is plaintiff's main expert witness who, due to illness, could not meet the deadline this court imposed. *Id.* Plaintiff includes correspondence with Ponzo, who indicates that he "became ill with a cold and bronchitis" that caused him to fall behind on his work. (ECF No. 133-1 at 2).

Plaintiff represents that her motion is made in good faith and not for purposes of delay. (ECF No. 133). In light of the circumstances, the court agrees and grants plaintiff's motion.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion for extension of time to file expert's declaration (ECF No. 133) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that plaintiff shall file Nicolas Ponzo's declaration and report on or before January 3, 2020.

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that defendant shall file a response, if any, to plaintiff's accounting within 14 days after the filing of Ponzo's declaration and report.

DATED December 30, 2019.

_____
UNITED STATES DISTRICT JUDGE