# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

LYUDMYLA PYANKOVSKA

                Plaintiff,

v.

SEAN ABID, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:16-CV-2942 JCM (BNW)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered in favor of Plaintiff. Plaintiff is awarded $10,000.00 in statutory damages.

February 5, 2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Matott  
Deputy Clerk