KRISTINA WILDEVELD, ESQ.
Nevada Bar No. 5825
RICHARD BRYANT, ESQ.
Nevada Bar No. 15511
THE LAW OFFICES OF KRISTINA WILDEVELD
550 E. Charleston Blvd., Suite A
Las Vegas, NV 89104
Phone (702) 222-0007
Fax (702) 222-0001
*Interested Party, on behalf of The Law Offices*
*of Kristina Wildeveld & Associates*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*****

| | |
|---|---|
| PYANKOVSKA, LYUDMYLA, *et al*. | Case No.: 2:16-cv-02942-JCM-BNW |
| Plaintiffs, | |
| vs. | **PROPOSED ORDER GRANTING NOTICE OF DISASSOCIATION OF COUNSEL** |
| SEAN ABID, *et al*. | |
| Defendants. | |

TO:   ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that The Law Office of Kristina Wildeveld & Associates has never entered an appearance in this case. Lisa Rasmussen, Esq., has been the attorney of record, and was previously associated with The Law Office of Kristina Wildeveld & Associates, but has moved to a new firm, McLetchie Law Group 602 S. 10th St., Las Vegas, NV 89101.

This case has moved with Ms. Rasmussen and she will remain as an attorney of record for Plaintiff Pyankovska. Filings and notices in this matter should be directed to Lisa

-1-

Rasmussen, Esq. at lisa@nvlitigation.com. Please remove Efile@veldlaw.com, Lisa@veldlaw.com, and Alex@veldlaw.com, from the service list. Please amend your Certificates of Service accordingly.

DATED: July 30, 2024.

Respectfully submitted,

**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**

*/s/ Richard Bryant, Esq.*
RICHARD BRYANT, ESQ.
Nevada Bar No. 15511
550 E. Charleston Blvd., Suite A
Las Vegas, NV 89104
(702) 222-0007

**IT IS SO ORDERED**

DATED: July 31, 2024

_____
UNITED STATES MAGISTRATE JUDGE