EUGENE G. IREDALE, ESQ.,
*Admitted Pro Hac Vice* (CA Bar No. 75292)
**IREDALE & YOO**
105 West F Street, Fourth Floor
San Diego, CA 92101
Telephone: (619) 233-1525
Email: egiredale@iredalelaw.com

LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300; Facsimile: (702) 425-8220
Email: Lisa@nvlitigation.com; efile@nvlitigation.com

*Attorneys for Plaintiff LYUDNYLA PYANKOVSKA*

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LYUDMYLA PYANKOVSKA, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>SEAN ABID, et al,<br><br>Defendants. | Case No: 2:16-CV-2942 JCM-BNW<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTION FOR SUMMARY JUDGMENT; and ORDER (First)** |

IT IS HEREBY STIPULATED AND AGREED, between the Parties, by and through their counsel of record, that Plaintiff's deadline to respond to Defendant

Jones' Motion for Summary Judgment be extended for a period of 30 days, to September 2, 2026.

This Stipulation is made and based upon the following:

1. Defendant Jones filed a timely Motion for Partial Summary Judgment on July 13, 2026. (ECF 235.)

2. The deadline to respond to the Motion is presently set for August 3, 2026.

3. Plaintiff's counsel requests additional time to respond to the Motion based on the trial schedules in other matters.

4. Counsel for Defendant Jones is not opposed to this request, but would also request that he be provided a period of 30 days, until October 2, 2026, to submit his reply to the Motion for Summary Judgment based on his trial schedule.

5. This is the first request for an extension of time related to the response to Mr. Jones' Motion for Summary Judgment, the Motion is a dispositive motion, and this extension of time does not cause prejudice to either party, but denial of the same would cause prejudice to Plaintiff.

6. This request is made in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

DATED this 3rd day of August, 2026.

*/s/ Lisa A. Rasmussen*
LISA A. RASMUSSEN, Nevada Bar No. 7491
**MCLETCHIE LAW**
*Attorneys for Lyudmyla Pyankovska*

*/s/ Todd E. Kennedy*
TODD E. KENNEDY, ESQ., Nevada Bar No. 6014
**HOWARD & HOWARD**
*Attorneys for John Jones*

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

**ORDER**

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's deadline to respond to Defendant Jones' Motion for Summary Judgment shall hereby be extended to September 2, 2026.

IT IS FURTHER ORDERED that Defendant Jones shall have until the 2nd day of October, 2026 to file any Reply thereto.

**IT IS SO ORDERED.**

Date: August 4, 2026

James C. Mahan

The Honorable James C. Mahan
United States District Judge

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM