EUGENE G. IREDALE, ESQ.,
*Admitted Pro Hac Vice* (CA Bar No. 75292)
**IREDALE & YOO**
105 West F Street, Fourth Floor
San Diego, CA 92101
Telephone: (619) 233-1525
Email: egiredale@iredalelaw.com

LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**LAW OFFICE OF LISA RASMUSSEN**
1980 Festival Plaza Drive, Suite 300
Las Vegas, NV 89135
Telephone: (702) 327-7631
Email: Lisa@lrasmussenlaw.com

*Attorneys for Plaintiff LYUDNYLA PYANKOVSKA*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LYUDMYLA PYANKOVSKA, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>SEAN ABID, et al,<br><br>Defendants. | Case No: 2:16-CV-2942 JCM-BNW<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTION FOR SUMMARY JUDGMENT; and ORDER (Second)** |

IT IS HEREBY STIPULATED AND AGREED, between the Parties, by and through their counsel of record, that Plaintiff's deadline to respond to Defendant Jones' Motion for Summary Judgment be extended for a period of 14 days, to September 16, 2026.

LAW OFFICE OF LISA RASMUSSEN
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135

This Stipulation is made and based upon the following:

1. Defendant Jones filed a timely Motion for Partial Summary Judgment on July 13, 2026. (ECF 235.)

2. Plaintiff previously sought an extension of 30 days via stipulation, which this Court granted. (See ECF 237, 238.)

3. This put the deadline for a response at September 2, 2026.

4. Since submitting the initial stipulation, Mr. Iredale had a medical issue that required a brief hospitalization which required a two week recover period and Ms. Rasmussen changed law firms from McLetchie Law to the Law Office of Lisa Rasmussen in mid-August.

5. As a result, Plaintiff's counsel respectfully requests an additional two-weeks in order to submit their response to Defendant Jones' Motion for Summary Judgment.

6. Counsel for Defendant Jones is not opposed to this request, and would still like his reply deadline to be 30 days from the date of the response. This date would be October 16, 2026.

7. This is the second request for an extension of time related to the response to Mr. Jones' Motion for Summary Judgment, as noted above. The Motion is a dispositive motion, and this extension of time does not cause prejudice to either party, but denial of the same would cause prejudice to Plaintiff.

8. This request is made in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

DATED this 1st day of September, 2026.

*/s/ Lisa A. Rasmussen*
LISA A. RASMUSSEN, Nevada Bar No. 7491
**MCLETCHIE LAW**
*Attorneys for Lyudmyla Pyankovska*

*/s/ Todd E. Kennedy*
TODD E. KENNEDY, ESQ., Nevada Bar No. 6014

LAW OFFICE OF LISA RASMUSSEN
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135

**HOWARD & HOWARD**
*Attorneys for John Jones*

**ORDER**

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's deadline to respond to Defendant Jones' Motion for Summary Judgment shall hereby be extended to September 16, 2026.

IT IS FURTHER ORDERED that Defendant Jones shall have until the 16th day of October, 2026 to file any Reply thereto.

**IT IS SO ORDERED.**

Date: September 2, 2026

James C. Mahan

The Honorable James C. Mahan
United States District Judge