HOWARD & HOWARD ATTORNEYS, PLLC
Todd E. Kennedy (NSBN 6014)
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
tek@h2law.com

*Attorneys for Defendant John Jones*

HOWARD & HOWARD ATTORNEYS, PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
(702) 257-1483 FAX: (702) 567-1568

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LYUDMYLA PYANKOVSKA, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>SEAN ABID, et al,<br><br>Defendants. | Case No: 2:16-CV-2942 JCM-BNW<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE REPLY TO RESPONSE TO MOTION FOR SUMMARY JUDGMENT**<br>**[First Request]** |

IT IS HEREBY STIPULATED AND AGREED, between the Parties, by and through their counsel of record, that Defendant John Jone's deadline to reply to Plaintiff's Opposition to his Motion for Summary Judgment be extended for a period of 28 days, to November 13, 2026.

This Stipulation is made and based upon the following:

1. Defendant Jones filed a timely Motion for Partial Summary Judgment on July 13, 2026. (ECF 235.)

2. Plaintiff was granted two extensions of time to respond.

3. The last stipulation set the reply due date for October 16, 2026.

4. Counsel for Jones has been in a very contentious state court trial which commenced early July, 2026, and has been going virtually continuously. Counsel's time has, of necessity, been entirely focused on that trial. It is expected that the first phase of

the trial will end on or about October 20 or 21, 2026, with significant work remaining on post trial briefing. The second phase, a jury trial, is presently set to commence the second week of November. Counsel for Jones has requested the additional time because with the trial schedule, it has to date been impossible to devote significant time to the reply.

7. This is the first request for an extension of time related to the reply in support of Jones' Motion for Summary Judgment. The Motion is a dispositive motion, and this extension of time does not cause prejudice to either party, but denial of the same would cause prejudice to Defendant Jones.

8. This request is made in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

DATED this 16th day of October, 2026.

*/s/ Lisa A. Rasmussen*
LISA A. RASMUSSEN, Nevada Bar No. 7491
**LAW OFFICE OF LISA RASMUSSEN**
*Attorneys for Lyudmyla Pyankovska*

*/s/ Todd E. Kennedy*
TODD E. KENNEDY, ESQ., Nevada Bar No. 6014
**HOWARD & HOWARD**
*Attorneys for John Jones*

**ORDER**

Based upon the stipulation of the parties, and good cause appearing,

~~IT IS HEREBY ORDERED that Plaintiff's deadline to respond to Defendant Jones' Motion for Summary Judgment shall hereby be extended to September 16, 2026.~~

IT IS FURTHER ORDERED that Defendant Jones shall have until the ~~16th~~ **13th** day of ~~October~~ **November**, 2026 to file any Reply ~~thereto~~ **to his Motion for Summary Judgment.**

**IT IS SO ORDERED.**

Date: October 16, 2026

The Honorable James C. Mahan
United States District Judge

HOWARD & HOWARD ATTORNEYS, PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
(702) 257-1483 FAX: (702) 567-1568