HOWARD & HOWARD ATTORNEYS, PLLC
Todd E. Kennedy (NSBN 6014)
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
tek@h2law.com

*Attorneys for Defendant John Jones*

HOWARD & HOWARD ATTORNEYS, PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
(702) 257-1483 FAX: (702) 567-1568

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LYUDMYLA PYANKOVSKA, et al,

Plaintiffs,

vs.

SEAN ABID, et al,

Defendants.

Case No: 2:16-CV-2942 JCM-BNW

**STIPULATION TO EXTEND DEADLINE TO FILE REPLY TO RESPONSE TO MOTION FOR SUMMARY JUDGMENT**
**[Second Request]**

IT IS HEREBY STIPULATED AND AGREED, between the Parties, by and through their counsel of record, that Defendant John Jone's deadline to reply to Plaintiff's Opposition to his Motion for Summary Judgment be extended for a period of 31 days, to December 14, 2026.

This Stipulation is made and based upon the following:

1. Defendant Jones filed a timely Motion for Partial Summary Judgment on July 13, 2026. (ECF 235.)

2. Plaintiff was granted two extensions of time to respond.

3. The last stipulation set the reply due date for November 13, 2026.

4. Counsel for Jones has been in a very contentious state court trial which commenced early July, 2026, and has been going virtually continuously. Counsel's time has, of necessity, been entirely focused on that trial. Trial ended on October 20, 2026, but

HOWARD & HOWARD ATTORNEYS, PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
(702) 257-1483 FAX: (702) 567-1568

a very expedited post trial briefing schedule was ordered, including extensive findings of fact and conclusions of law (200+ pages) and post trial briefing that will not complete until mid-November. Counsel for Jones has requested the additional time because with the trial schedule, it has to date been impossible to devote significant time to the reply.

7. This is the second request for an extension of time related to the reply in support of Jones' Motion for Summary Judgment. The Motion is a dispositive motion, and this extension of time does not cause prejudice to either party, but denial of the same would cause prejudice to Defendant Jones.

8. This request is made in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

DATED this 6th day of November, 2026.

*/s/ Lisa A. Rasmussen*
LISA A. RASMUSSEN, Nevada Bar No. 7491
**LAW OFFICE OF LISA RASMUSSEN**
*Attorneys for Lyudmyla Pyankovska*

*/s/ Todd E. Kennedy*
TODD E. KENNEDY, ESQ., Nevada Bar No. 6014
**HOWARD & HOWARD**
*Attorneys for John Jones*

**ORDER**

**IT IS SO ORDERED.**

Date: November 6, 2026

James C. Mahan
The Honorable James C. Mahan
United States District Judge